FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

JUL 19 PM 3:25

U.S. DISTRICT COURT
N.D. OF ALABAMA

HERBERT E. MOORE,               )
                                )
          Plaintiff,            )
                                )
vs.                             )     CV 99-BU-1483-M
                                )
ATTORNEY DAVID LUKER,           )
                                )
          Defendants.           )

ENTERED

JUL 19 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 2, 1999, recommending that

this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(2) as

plaintiff seeks damages from a defendant who is immune from such relief. The plaintiff filed

objections to the report and recommendation on July 12, 1999.

Having carefully reviewed and considered *de novo* all the materials in the court file,

including the report and recommendation and the objections thereto, the Court is of the opinion that

the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. §

1915A(b)(2) as plaintiff seeks damages from a defendant who is immune from such relief. A Final

Judgment will be entered.

DATED this  17th  day of  July , 1999

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE